# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| CHRISTOPHER W. REED, | : | No. 96 MM 2016 |
| Petitioner | : | |
| v. | : | |
| KEVIN A. HESS, S.J., COURT OF COMMON PLEAS OF CUMBERLAND COUNTY, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 26th day of September, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Prohibition is **DENIED**.

 The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.